UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Sean Ziadeh

                      Plaintiff,

v.                                                   Case No.: 1:16–cv–02914
                                                  Honorable Harry D.
                                                  Leinenweber

30 East Elm Condominium Association, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 16, 2016:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Settlement agreement is finalized; however, it still needs to be signed. Court will dismiss after settlement is approved by the Board. Next status hearing set for 12/13/2016 at 9:30 a.m. If stipulation is filed prior to 12/13/2016, status hearing will be stricken. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.